```
 1  ROBERT W. FREEMAN
    Nevada Bar No. 3062
 2  Robert.Freeman@lewisbrisbois.com
    PRISCILLA L. O'BRIANT
 3  Nevada Bar No. 10171
    Priscilla.Obriant@lewisbrisbois.com
 4  JENNIFER A. TAYLOR
    Nevada Bar No. 6141
 5  Jennifer.A.Taylor@lewisbrisbois.com
    LEWIS BRISBOIS BISGAARD & SMITH LLP
 6  6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89118
 7  Telephone: 702.893.3383
    Facsimile: 702.893.3789
 8  Attorneys for Defendants, UNITED SERVICES
    AUTOMOBILE ASSOCIATION and USAA
 9  GENERAL INDEMNITY COMPANY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RACHELLE GOULET, | CASE NO.: 2:21-cv-1553-RFB-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS** |
| UNITED SERVICES AUTOMOBILE ASSOCIATION; USAA GENERAL INDEMNITY COMPANY; DOES 1 through 10, inclusive and ROE CORPORATIONS 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Rachelle Goulet ("Plaintiff") and Defendants UNITED SERVICES AUTOMOBILE ASSOCIATION and USAA GENERAL INDEMNITY COMPANY (collectively "Defendants"), by and through their respective counsel of

///
///
///
///
///
///

4848-7265-4845.10

record, that all claims in the above-entitled action against Defendants shall be dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 16th day of December, 2021          DATED this 17th day of December, 2021

Attorneys for Plaintiff                                        Attorneys for Defendant

**Approved for e-signature:**                        **Approved for e-signature**

*Bw'ahn Williams* #15672 for                     /s/ *Priscilla L. O'Briant*

MARJORIE L. HAUF, Esq.                         ROBERT W. FREEMAN, Esq.
Nevada Bar No. 8111                                  Nevada Bar No. 3062
CARA XIDIS, Esq.                                     PRISCILLA L. O'BRIANT, Esq.
Nevada Bar No. 11743                                Nevada Bar No. 10171
**H & P Law**                                             **Lewis Brisbois Bisgaard & Smith, LLP**
8950 W. Tropicana Avenue, Suite 1          6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89147                                 Las Vegas, Nevada 89118

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:  December 21, 2021

4848-7265-4845.10                                            2